IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF IOWA (WESTERN DIVISION)

| | |
|---|---|
| STACEY C. DELANCEY, | Case No.: 1:13-cv-29 |
| Plaintiff, | |
| vs. | JOINT MOTION FOR DISMISSAL WITH PREJUDICE |
| KNUDSON INVESTMENT CO., INC., an Iowa corporation, KNUDSON MANAGEMENT CO., INC., an Iowa corporation, CHRISTIE JOHNSEN, Individually and RICHARD KNUDSON, Individually, | |
| Defendants. | |

COMES NOW the Parties, by and through their counsel, and hereby move this Court for an Order dismissing the above-captioned matter with prejudice, each party to pay their own costs.

Dated this 26 day of September, 2014.

_____
Todd West
Law Office of Todd West
P.O. Box 4703
Omaha, NE 68104
Phone: (402) 614-0185
toddwestlaw@gmail.com
COUNSEL FOR THE PLAINTIFF

_____
Stacey C. Delancey, Plaintiff

_____
David M. Woodke
Woodke and Gibbons, P.C., LLO
619 N 90th Street
Omaha, NE 68114
Phone: 402-391-6000
dwoodke@woglaw.com

AND

Michael J. Winter
541 Sixth Avenue
Council Bluffs, IA 51503
Phone: 712-322-0133
michaeljwinter50@hotmail.com
COUNSEL FOR THE DEFENDANTS